**Order entered August 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00115-CR

### MARCO ANTONIO CASTILLO ALVARADO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-20876-V**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal because appellant's brief, initially due May 11, 2019, had not been filed. On August 4, 2019, appellant filed his brief and a motion to extend time to file the same. In the interest of expediting this appeal and because the trial court has not yet scheduled a hearing, we **VACATE** our July 31, 2019 order to the extent it ordered a hearing and required findings. We **GRANT** appellant's motion and **ORDER** his brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; and to counsel for all parties.

The State's brief is **DUE** thirty days from the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE